# EXHIBIT A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 34042723**
**Date Processed: 05/14/2026**

**Primary Contact:**

James M Sack Esq.
The Sack Law Firm P.C.
8270 Greensboro Dr
Ste 950
Mc Lean, VA 22102-4909

**Electronic copy provided to:**

Karen Fettig
Nancy Ryan
Suzanne Lemley
Grant Willis
Valerie Patin

| | |
|---|---|
| **Entity:** | NVR, Inc.<br>Entity ID Number  0451094 |
| **Entity Served:** | NVR |
| **Title of Action:** | Megan Henkel vs. NVR Inc. d/b/a Ryan Homes |
| **Matter Name/ID:** | Megan Henkel vs. NVR Inc. d/b/a Ryan Homes (19261241) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Lorain County Court of Common Pleas, OH |
| **Case/Reference No:** | 26CV001258 |
| **Jurisdiction Served:** | Ohio |
| **Date Served on CSC:** | 05/12/2026 |
| **Answer or Appearance Due:** | 28 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Cavell Law, LLC / Hunter G. Cavell<br>440-565-7158 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



# TOM ORLANDO

LORAIN COUNTY CLERK OF COURTS

JUSTICE CENTER
225 COURT STREET
FIRST FLOOR, SUITE 105
ELYRIA, OH  44035

MEGAN HENKEL

CASE NO. 26CV001258

VS.

TO:  NVR
C/O CORPORATION SERVICE COMPANY
AGENT
1160 DUBLIN RD STE 400
COLUMBUS, OH 43215

# SUMMONS ON COMPLAINT

You have been named defendant in a complaint filed in Lorain County Court of Common Pleas by plaintiff(s):

MEGAN HENKEL
38473 CARDINAL COURT
AVON, OH 44011

A copy of the complaint is attached hereto. The name and address of the plaintiff's attorney is:

HUNTER G CAVELL
30625 SOLON RD., SUITE C
SOLON, OH 44139

You are hereby summoned and required to serve a copy of your answer to the complaint upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, within **TWENTY-EIGHT (28) DAYS** after service of this summons on you, exclusive of the day you receive it.   Your answer must **ALSO** be filed with this Court within three (3) days after you serve, (delivered or by mail), a copy of your answer on the plaintiff's attorney.
If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

*TOM ORLANDO*
**CLERK OF COURTS OF COMMON PLEAS
LORAIN COUNTY, OHIO**

**May 06, 2026**

**BY:**

Deputy Clerk

IN THE COURT OF COMMON PLEAS
LORAIN COUNTY, OHIO

FILED
LORAIN COUNTY

| | |
|---|---|
| MEGAN HENKEL<br>38473 Cardinal Court<br>Avon, Ohio 44011<br><br>       *Plaintiff,*<br><br>    vs.<br><br>NVR, Inc. d/b/a "RYAN HOMES"<br>c/o Corporation Service Company, Agent<br>1160 Dublin Road, Suite 400<br>Columbus, Ohio 43215<br><br>And<br><br>THOMAS "TOM" SEAR<br>Vice President of Land - Ohio<br>NVR, Inc. d/b/a Ryan Homes<br>6770 West Snowville Road, Suite 200<br>Brecksville, Ohio  44141<br><br>And<br><br>JOHN DOE CORPORATIONS #1-15<br>*Being Other Entities Controlled and/or Hired*<br>*by NVR, Inc. that Contributed to the*<br>*Construction, Roofing, and/or Landscaping of*<br>*the Property and/or Real Estate and/or*<br>*Received Proceeds from Plaintiff,*<br><br>And<br><br>JOHN and/or JANE DOE INDIVIDUALS #1-15*<br>*Being Other Individuals Controlled and/or*<br>*Hired by NVR, Inc. that Contributed to the*<br>*Construction, Roofing, and/or Landscaping of*<br>*the Property and/or Real Estate and/or*<br>*Received Proceeds from Plaintiff,*<br><br>       *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>CASE NO.     2026 MAY -1  P 2: 21<br><br>JUDGE     COURT OF COMMON PLEAS<br>            TOM ORLANDO<br><br>**COMPLAINT FOR MONETARY**<br>**AND OTHER RELIEF**<br><br>**JURY DEMAND ENDORSED**<br>**HEREON**<br><br>26CV001258<br><br>*JUDGE RAYMOND J. EWERS* |

1

Now comes Plaintiff, Megan Henkel ("Henkel" or "Plaintiff"), by and through undersigned counsel, for her Complaint against Defendants, NVR, Inc. d/b/a "Ryan Homes" ("Ryan Homes" or "NVR"), Tom Sear, Vice President of Land - Ohio for Ryan Homes ("Sear"), and any and all John Doe Corporate Entities ("Doe Entities") and any and all John and/or Jane Does Individuals ("Doe Individuals") that assisted in the construction, sale, and/or warranty of the house and development of the real estate at the center of this Action (collectively referred herein as "Defendants"), and states as follows:

## THE PARTIES

1. Plaintiff, Megan Henkel (referred herein as "Plaintiff" or "Henkel") is an individual residing in the City of Avon, County of Lorain, State of Ohio.

2. Henkel resides at 38473 Cardinal Court, Avon, Ohio 44011 (referred herein as the "Property").

3. Henkel entered into a cash purchase of Property from Ryan Homes on May 4, 2018. A true and accurate Limited Warranty Deed recorded as Doc. No. 2018-0672895 (the "Deed") is attached hereto and incorporated herein as Exhibit "1".

4. The Deed was executed on behalf of Ryan Homes by Defendant, Tom Sear Vice President of Land - Ohio (referred herein as "Sear"). *Id.*

5. Defendant, NVR is a foreign for-profit corporation approved to do business in the State of Ohio.

6. NVR is believed at all relevant times to be the owner and operator of Ryan Homes based on trade name filings with the Ohio Secretary of State, publicly available for inspection.

7. Ryan Homes is believed at all relevant times to be the Seller of the Property and the recipient of the funds from the sale of the Property to Plaintiff.

2

8. Defendant, Sear is believed to have a valid real estate license through the State of Ohio Board of Realtors at the time of the sale of the Property, based upon documents filed with the State of Ohio, available for public inspection.

9. Defendants, John Doe Entities #1 to 15 are currently unknown despite due diligence and aided Defendant Ryan in the Construction, Roofing, and/or Landscaping of the Property and/or Real Estate and/or Received Proceeds from Plaintiff.

10. Defendants, John and/or Jane Does Individuals #1 to 15 are currently unknown despite due diligence and aided Defendant Ryan in the Construction, Roofing, and/or Landscaping of the Property and/or Real Estate and/or Received Proceeds from Plaintiff.

## JURISDICTION AND VENUE

11. Plaintiff incorporates each of the allegations and statements in the foregoing paragraphs as if the same were fully rewritten at length herein.

12. This Honorable Court has jurisdiction over the Complaint because the Property is located in the City of Avon, Lorain County, Ohio.

13. Venue is proper pursuant to Civ.R. 3(B) as Cuyahoga County is the county in which all or part of the claims for relief arose.

## THE PROPERTY

14. Plaintiff incorporates each of the allegations and statements in the foregoing paragraphs as if the same were fully rewritten at length herein.

15. The Property is located at 38473 Cardinal Court, Avon, Ohio 44011 and is identified through Lorain County records as PPN 04-00-002-102-295. A true and accurate copy of the Lorain County, Ohio – Property Summary Report is attached hereto and incorporated herein as Exhibit "2".

3

16. According to Lorain County records, the Property was completed as a single-family dwelling in 2018. Ex. 2.

17. The transfer history of the Property shows that on May 4, 2018, the Property was purchased by Plaintiff for a price of Four Hundred Eighty-Nine Thousand Seventy Dollars ($489,070.00). Ex. 2.

18. Ryan Homes is believed at all relevant times to be the most familiar entity with the Property since Ryan Homes was the designer and builder until its transfer to Plaintiff on May 4, 2018.

19. Ryan Homes and John Doe Entities and John Doe Individuals are believed at all relevant times to be the entities and persons, under the cover of Ryan, who built the Property, roofed the Property, graded/hardscaped/landscaped the Property, performed maintenance, and/or caused work at the Property to be done during Ryan's ownership of the Property.

20. Plaintiff agreed to the asking price of Four Hundred Eighty-Nine Thousand Seventy Dollars ($489,070.00). Ex. 2.

21. Plaintiff paid Ryan Homes in full to purchase the Property on or around May 4, 2018.

22. Henkel has not caused any changes in the elevation of ground around the Property.

23. Henkel has not caused any environmental changes to the Property.

### **FACTUAL ALLEGATIONS**

24. Plaintiff incorporates each of the allegations and statements in the foregoing paragraphs as if the same were fully rewritten at length herein.

25. Plaintiff sought out a review of Ryan Homes' catalog of houses and developments.

26. Plaintiff selected Avondale, the Ryan Homes Development in Avon, Ohio.

4

27.     Plaintiff selected Ryan Homes house model: Winterbrook Model, Set/Version WTR00-02 ("Winterbrook").

28.     Plaintiff selected the lot location in the Avondale Development and waited for Ryan Homes to make the lot available for sale.

29.     Ryan Homes commanded, and Plaintiff paid, a Fifteen Thousand Dollar ($15,000.00) premium for the specific lot to Ryan Homes due to its size and location in the development.

30.     Plaintiff went to a Ryan Home Development in Columbus, Ohio which was the closest model for of the Ryan Homes Winterbrook to tour.

31.     Plaintiff selected the Ryan Home Winterbrook model as built by Ryan Homes to be her home in the Avondale Development.

32.     The lot was offered for sale by Ryan Homes, and Sear acted as the real estate agent for Ryan Homes to sell the lot and the Ryan Homes Winterbrook model to Plaintiff.

33.     Ryan presented itself to Plaintiff as the entity that would build the Property or cause others to work on the structure under Ryan Homes' direction, and had been in sole possession of the Property since its creation until transferring the Deed to Plaintiff on May 4, 2018.

34.     Ryan Homes, Sear, Doe Entities, and Doe Individuals were involved with the preparation of the lot, sale of the lot, construction of the Property, and presented themselves to the Plaintiff as the entity most knowledgeable as to the Property condition and history.

35.     Plaintiff had several discussions with Ryan Homes and its representatives relating to items to be resolved as part of the sale, including but not limited to the build out of the Winterbrook model fully to include an upstairs and a three (3) car garage.

36.    Recorded in Instrument No. 2015-05548446 of Lorain County Records, there was a Preservation of Wetlands filed for record on August 7, 2015.

37.    Pursuant to the Lorain County records, AV Associates, L.P. transferred the Property to Ryan Homes on February 6, 2018.  *See* Ex. 2.

38.    After moving into the Property, in or around June 2018, Plaintiff noticed that there was a newly installed drainage ditch near her lot.

39.    Plaintiff also noticed that there was a newly installed retaining pool / retention pond for water runoff at the back of her Property which had not been there during the construction or before at the time of the selection and sale of the Property.

40.    Plaintiff was told that the City of Avon, Planning Commission caused Ryan Homes to redesign the four (4) lots located on the cul de sac on Cardinal Court due to water drainage issues.

41.    Plaintiff has not had a catastrophic water intrusion event in the Property to date.

42.    Plaintiff had a professional evaluation of the condition of the walls and floors of the basement, foundation, and an investigation as the high moisture content of the Property.

43.    Plaintiff contacted Ohio State Waterproofing for evaluation which was performed on or around April 15, 2026.  A true and accurate copy of the Ohio State Waterproofing inspection report is attached hereto and incorporated herein as Exhibit "3".

44.    Ohio State Waterproofing found that there was moisture in the walls and foundation of such volume as to indicate reading of 100% moisture buildup. *Id.*

45.    Ohio State Waterproofing indicated that this moisture buildup was coming from the ground outside the Property.

46. The Ohio State Waterproofing charges estimates are between $29,700 up to $75,985 to perform the corrective foundation sealing work at the Property. A true and accurate copy of the Ohio State Waterproofing Estimate is attached hereto and incorporated herein as Exhibit "4".

47. Another servicer, Air Advice, conducted an air monitoring evaluation and reported to Plaintiff that there was evidence of sufficient mold the attic caused by poor roof installation and moisture buildup in the Property and that before corrective foundation work could be done, mold remediation and roof repair work should be performed. A true and accurate copy of the Air Advice Monitoring Report dated April 15, 2026 is attached hereto and incorporated herein as Exhibit "5".

48. Mold Remediation work is being planned and estimates of charges are being gathered.

49. Roofing repair work is likewise being planned and estimates of charges are being gathered.

50. Upon information and belief, Plaintiff believes that there was an issue with the original HVAC design and installation which may also be a cause of the measurable moisture buildup in the Property.

51. Plaintiff has been in discussions with representatives of HVAC companies and with Ryan Homes representatives to remediate this issue caused by Ryan Homes.

52. A recent appraisal of the Property was conducted. A true and accurate copy of the Appraisal dated April 20, 2026 is attached hereto and incorporated herein as Exhibit "6".

53. With disclosures of measurable moisture, mold, and roofing repairs, the value of the Property declined.

7

54. Plaintiff attempted to contact Defendants for monies to cover the cost of the corrective work to be done.

55. Plaintiff's demands have gone unanswered to her satisfaction by any of the Defendants.

56. Defendants' rejection of all responsibility and liability as to the failed undisclosed and known conditions of the Property to them at or before the time of sale are improper.

57. Defendants had the most access to and most knowledge of the conditions of the Property from even before its completion until May 4, 2018.

58. The Ohio State Waterproofing Evaluation supports a potential of sooner rather than later catastrophic water intrusion events in the basement of this Property without prevention work being done. *See* Ex. 3.

59. During the final walkthrough of the Property before Plaintiff closed on the purchase, there was no water found in the basement, no mold in the attic, and no noticeable foundation issues.

60. Plaintiff had no reason to believe that there may be a material defect, which would cause her to inspect further.

61. Plaintiff justifiably relied on Defendants' material misrepresentations, damaging her considerably.

62. The Property now has significant measurable moisture on the walls and floor of the basement. *Id.*

63. The Property now has mold growing in the attic because of roof flashing installation issues and the overall high moisture readings inside the Property. Exs. 5 & 6.

8

64. The Property has been environmentally impacted as to the quality of air due to the breakdown of housing materials exposed to overly moisture leaden air inside the Property. Ex. 5.

65. The Property has been subjected to a "wetlands effect" with the amount of water pooling and draining through the yard.

66. To date, Ryan Homes, through its representatives or otherwise, has failed to recognize a water drainage issue at the Property, among other items.

67. Upon information and belief, Plaintiff believes that the excessive outside water near and going through her lot are the result of improper design of the lot by Ryan Homes and/or Doe Entities and/or Doe Individuals.

68. Upon information and belief, Plaintiff believes that the excessive outside water near and going through her lot into her Ryan Homes are the result of purposeful and/or reckless fraudulent concealment of these conditions from Plaintiff.

69. Ryan Homes failed to properly waterproof the foundation, resulting in one hundred percent (100%) moisture readings on basement walls and floors, well above the concerning threshold of sixty percent (60%). *See* Ex. 3.

70. The foundation now exhibits visible cracks with water seepage, efflorescence, and hydrostatic pressure damage. *Id.*

71. Upon information and belief, Ryan Homes failed to properly install the roof flashing, resulting in mold growth in the attic. Ex. 5.

72. Upon information and belief, Ryan Homes failed to adequately design and construct the drainage system, resulting in a drainage ditch and retaining pool that create ongoing water intrusion and structural damage.

73. Upon information and belief, Ryan Homes failed to properly design and install the HVAC system, contributing to excess moisture buildup in the Property.

74. The Property exhibits active ground movement and progressive damage, as evidenced by a fence gate that shifted and can no longer latch, and damage to the neighbor's siding from moisture.

75. Ryan Homes, Doe Entities, and/or Doe Individuals participated in the construction of the Property and contributed to the defects that may render the Property uninhabitable.

76. The Property contains defects that without repairs may render it unfit for human habitation.

77. The Property has indoor air quality deficiencies that create health and safety hazards, including Total Volatile Organic Compounds (TVOC) greater than 4000 micrograms per cubic meter, well above the concern threshold of 500 micrograms per cubic meter. *See* Ex. 5.

78. The Property has Carbon Dioxide ($CO_2$) levels at 1168 parts per million, above the Environmental Protection Agency recommendation of 1000 parts per million or less. *Id.*

79. The Property has elevated particles at 11.9 micrograms per cubic meter, above the concern threshold of 10 micrograms per cubic meter. *Id.*

80. The Property now exhibits visible cracks in the basement foundation with water seepage, efflorescence, and hydrostatic pressure damage. *See* Ex. 3.

81. The Property now demonstrates active ground movement and progressive damage.

82. These defects render the Property without repairs to become unfit for human habitation and create health and safety hazards for Plaintiff and her family.

83. The defects were latent and not discoverable by reasonable inspection at the time of purchase.

10

84. Plaintiff had no reason to believe that there might be material defects in the Property.

85. The defects were discovered after Plaintiff moved into the property in June 2018.

86. Ryan Homes, Doe Entities, and/or Doe Individuals participated in the construction of the Property and contributed to the defects that render the Property uninhabitable.

**COUNT ONE**
**BREACH OF AGREEMENT**
**(Against Ryan Homes)**

87. Plaintiff incorporates each of the allegations and statements in the foregoing paragraphs as if the same were fully rewritten at length herein.

88. Plaintiff and Ryan Homes, via Sear, entered into the Agreement whereby Plaintiff agreed purchase the Property from Ryan Home for cash.

89. Defendant received the funds from Plaintiff.

90. Defendants tendered information, drawings, diagrams, and other pre-construction items to Plaintiff, none of which included or mentioned excess water drainage in her selected lot and the potential effects of building a home on an environmentally unsound location.

91. As a direct and proximate result of the actions of Ryan Homes and Sear, Plaintiff is entitled to damages in excess of Twenty-Five Thousand Dollars ($25,000.00) incurred due to Defendants' breach of the Agreement to sell a brand new built Property on a safe and sound location.

**COUNT TWO**
**FRAUDULENT INDUCEMENT / MISREPRESENTATION**
**(Against All Defendants)**

92. Plaintiff incorporates each of the allegations and statements in the foregoing paragraphs as if the same were fully rewritten at length herein.

11

93. Plaintiff was induced to purchase the Property through the fraud and misrepresentations of Defendants.

94. Defendants misrepresented essential facts and circumstances concerning the condition of Property, which is the subject of the Purchase, including but not limited to the fact that there was a history of a water drainage issue on the entire cul de sac as reported by the City of Avon.

95. Defendants knew or should have known that their representations made to Plaintiff were false.

96. Defendants knew or should have known that the initial sales material for the lot contained falsehoods.

97. Defendants made the misrepresentations to Plaintiff with the intent to mislead Plaintiff as to the conditions and value of the Property.

98. Defendants acted with malice.

99. Defendants intended to cause Plaintiff to rely on Defendants' misrepresentations.

100. Defendants' representations were material to the Purchase.

101. Plaintiff justifiably relied upon Defendants' fraudulent misrepresentations.

102. Plaintiff was injured due to her justifiable reliance on Defendants' fraudulent misrepresentations.

103. As a direct and proximate result of the actions of Defendants, Plaintiff is entitled to damages in excess of Twenty-Five Thousand Dollars ($25,000.00) to be proven at trial or before incurred due to Defendants' breach of the Agreement to sell a defectively built Property on a known unsafe and unsound location and are entitled to compensatory and punitive damages for

12

Defendants' willful, malicious, and intentional actions as well as attorney fees, costs, and such other damages as may be awarded pursuant to Ohio Rev. Code § 2307.61.

104. Absent a receipt of prejudgment interest on the amount of these damages, Plaintiff will not be fully compensated.

**COUNT THREE**
**CIVIL THEFT BY DECEPTION**
**(Against All Defendants)**

105. Plaintiff incorporates each of the allegations and statements in the foregoing paragraphs as if the same were fully rewritten at length herein.

106. Ohio Rev. Code § 2307.61 provides for civil damages resulting from the commission of a theft offense, as that phrase is defined in Ohio Rev. Code § 2913.01.

107. Ohio Rev. Code § 2913.01 provides that a violation of Ohio Rev. Code § 2913.02 is a theft offense.

108. Ohio Rev. Code § 2913.02(A)(3) states in relevant part, "[n]o person, with purpose to deprive the owner of property or services, shall knowingly obtain or exert control over either the property or services …. by Deception."

109. Ohio Rev. Code § 2913.01(A) defines deception as "knowingly deceiving another or causing another to be deceived by any false or misleading representation, by withholding information, by preventing another from acquiring information, or by any other conduct, act, or omission that creates, confirms, or perpetuates a false impression in another, including a false impression as to law, value, state of mind, or other objective or subjective fact."

110. Defendants induced Plaintiff to enter into the Agreement transactions through fraud and misrepresentation.

13

111.  Defendants misrepresented essential material facts and circumstances concerning the conditions and value of the Property to Plaintiff.

112.  Defendants knowingly deceived and caused Plaintiff to be misled by false representations by conduct, acts, or omissions that created, confirmed, or perpetuated false impressions in Plaintiff so as to deprive Plaintiff of monies and thereafter exerted control over said sums for their own purposes.

113.  Defendants committed theft by deception pursuant to Ohio Rev. Code §§ 2913.01 and 2913.02.

114.  Plaintiff is entitled to civil damages for said theft by deception pursuant to Ohio Rev. Code § 2307.61.

115.  As a result of Defendants' theft by deception, Plaintiff have suffered in excess of Twenty-Five Thousand Dollars ($25,000.00) to be proven at trial or before plus costs associated with other conditions which were not yet repaired that existed at time of the sale to Plaintiff and were clearly known to the Defendants, plus all interest, fees, punitive damages, interest, court costs, and reasonable attorney fees.

116.  Absent the payment and receipt of prejudgment interest on the amount of these damages, Plaintiff will not be fully compensated.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a.  As to Count One: judgment against Defendant, NVR, Inc. d/b/a Ryan Homes in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) including compensatory damages for diminished property value, repair costs, and other damages, or in the alternative, rescission of the Contract;

14

b.      As to Count Two: judgment against all Defendants, jointly and severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), plus punitive damages, attorneys' fees, and pre-judgment interest, based on Defendants' malicious, willful, and intentional conduct;

c.      As to Count Three: judgment against all Defendants, jointly and severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), including compensatory damages for diminished property value, repair costs, and other damages, punitive damages, and attorneys' fees; and,

d.      As to All Counts: court costs; judgment interest at the statutory rate; and, for such other and further legal and equitable relief as this Honorable Court deems just and proper.

Respectfully submitted,

**CAVELL LAW, LLC**

/s/ Hunter G. Cavell
HUNTER G. CAVELL (0090567)
673 Alpha Drive, Suite E
Highland Heights, Ohio 44143
Ph: 440-565-7158
Fax: 440-448-4901
hcavell@cavelllaw.com
*Counsel for Plaintiff*

**JURY DEMAND**

Plaintiff demands a jury composed of the maximum number of jurors permitted by law.

/s/ Hunter G. Cavell
HUNTER G. CAVELL (0090567)

15

Doc ID: 020463870002 Type: OFF
Kind: DEEDS
Recorded: 05/21/2018 at 09:22:15 AM
Fee Amt: $28.00 Page 1 of 2
Lorain County, Ohio
Judith M Nedwick County Recorder

File 2018-0672895

**TRANSFERRED**

IN COMPLIANCE WITH SEC. 319-202
OHIO REV. CODE

MAY 2 1 2018

J. CRAIG SNODGRASS, CPA, CGFM
LORAIN COUNTY AUDITOR

2018 MAY 21 A 9: 11          002538

Return Documents To: NVR Title Agency, LLC, 4040 Embassy Pkwy, Suite 310, Akron, OH 44333
Order No.: 2035853

# LIMITED WARRANTY DEED
### By a Corporation

KNOW ALL MEN BY THESE PRESENTS; That **NVR Inc., a Virginia Corporation, dba Ryan Homes**, the grantor, a corporation organized and existing under the laws of the State of Virginia for good and valuable consideration paid, the receipt and sufficiency of which is hereby acknowledged, grants with limited warranty covenants, to **Megan E. Henkel, unmarried,** the following Real Property:

Situated in the City of Avon, County of Lorain and State of Ohio: Being part of Original Avon Township Section No. 2 and known as being Sublot 46 in Avondale Subdivision No. 3 as recorded in Plat Volume 104, Page 34 of Lorain County Records, as appears by said plat, be the same more or less, but subject to all legal highways.

| | |
|---|---|
| Parcel No: | 04-00-002-102-295 |
| Known As: | 38473 Cardinal Court, Avon, OH 44011 |
| Tax Mailing | 38473 Cardinal Court |
| Address: | Avon, OH 44011 |

Subject to conditions, restrictions and easements, if any, contained in prior instruments of record. Except taxes and assessments, if any, now a lien and thereafter due and payable.

Prior Instrument Reference: Instrument No. 2018-0660797 of the Deed Records of Lorain County, Ohio.

legal description reviewed by_____
on 5-21-18 _____ per ORC Section 5713.09



**EXHIBIT**

1

Signed and acknowledged this ___4___ day of ___May_____, 20_18_ by Tom Sear, Vice President of NVR Inc., a Virginia Corporation, dba Ryan Homes, the grantor, thereunto duly authorized by resolution of its Board of Directors.

> NVR Inc., a Virginia Corporation, dba Ryan Homes,
> A Virginia Corporation
>
> By: _____
> Tom Sear, Vice President

State of Ohio,
Cuyahoga County, SS:

**BE IT REMEMBERED,** That on this ___4___ day of ___May_____, 20_18_ before me, the subscriber, a Notary Public in and for said county and state, personally came Tom Sear, Vice President of NVR Inc., a Virginia Corporation, dba Ryan Homes, the Grantor in the foregoing deed, and acknowledged the signing thereof to be the free act and deed of said corporation pursuant to authority of its Board of Directors, and his/her free act and deed personally and as such officer.

**IN TESTIMONY WHEREOF,** I have hereunto subscribed my name and affixed my official seal on the day and year last aforesaid.

> _____
> Notary Public

This instrument prepared by:
Paul Thompson Atty At Law
4040 Embassy Parkway, Suite 310
Akron, Ohio 44333

Return Document to: NVR Title Agency, LLC, 4040 Embassy Parkway, Suite 310 Akron, Ohio 44333



PATRICIA CONSTANTINO
NOTARY PUBLIC - OHIO
COUNTY OF CUYAHOGA
MY COMMISSION EXPIRES 03-14-23

REINHARDT & ASSOC INC
4365 LAKE ROAD
SHEFFIELD LAKE, OH 44054

Courtesy of Mike Doran Lorain County Recorder

# Parcel: 04-00-002-102-295

**Year: 2025 PAYABLE 2026**

## J. CRAIG SNODGRASS, CPA, CGFM

Lorain County Auditor | Lorain County, Ohio



## SUMMARY

| | | |
|---|---|---|
| Deeded Name | MEGAN E HENKEL | |
| Owner | HENKEL MEGAN E<br>38473 CARDINAL CT<br>AVON OH 44011 | |
| Tax District | 10-AVON CITY/AVON LSD | |
| School District | AVON LSD | |
| Neighborhood | 82358-AVONDALE SUB 1-6 | |
| Location | 38473 CARDINAL CT<br>AVON OH 44011 | |

| | | |
|---|---|---|
| Taxpayer | HENKEL MEGAN E<br>38473 CARDINAL CT<br>AVON OH 44011 | |
| Land Use<br>Class | 510-SINGLE FAMILY DWELLING<br>Residential | |
| Subdivision | | |
| Lender | | |
| Legal | AVONDALE SUB NO 3<br>60 X 209.79<br>LOT # 46<br>SPLIT # 17-01606 | |

| CD Year | | Map Number | |
|---|---|---|---|
| Acres | 0.6500 | Sold | |

| | | |
|---|---|---|
| | Routing Number | |
| 05/21/2018 | Sales Amount | 489,070.00 |

## VALUE

| District | 10-AVON CITY/AVON LSD |
|---|---|
| Land Use | 510-SINGLE FAMILY DWELLING |
| Enrolled Programs | -Owner Occupancy- |

| | | Appraised | Assessed |
|---|---|---|---|
| Land | | 165,000 | 57,750 |
| Improvement | | 386,960 | 135,440 |
| Total | | 551,960 | 193,190 |
| CAUV | N | 0 | 0 |
| Homestead | N | 0 | 0 |
| OOC | Y | 551,960 | 193,190 |
| Taxable | | 551,960 | 193,190 |

## CURRENT CHARGES

| Full Rate | 79.289000 |
|---|---|
| Effective Rate | 53.442692 |
| Qualifying Rate | 44.355358 |

| | Prior | First | Second | Total |
|---|---|---|---|---|
| Tax | 0.00 | 4,519.60 | 4,519.60 | 9,039.20 |
| Special | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 4,519.60 | 4,519.60 | 9,039.20 |
| Paid | 0.00 | 4,519.60 | 0.00 | 4,519.60 |
| Due | 0.00 | 0.00 | 4,519.60 | 4,519.60 |

## TRANSFER HISTORY

| Date | | Deed Type<br>Volume / Page | Sales Amount<br>Conveyance # | Valid<br>Exempt | # of Properties |
|---|---|---|---|---|---|
| 05/21/2018 | Buyer: HENKEL MEGAN E<br>Seller: NVR INC | GENERAL WARRANTY<br>DEED<br>20180672895/ | 489,070.00<br>2018002538 | Y | 1 |
| 02/06/2018 | Buyer: NVR INC<br>Seller: AV ASSOCIATES LP & AVON CITY OF | GENERAL WARRANTY<br>DEED<br>20180660797/ | 100,264.00<br>2018000496 | N | 1 |
| 01/17/2018 | Buyer: AV ASSOCIATES LP & AVON CITY OF<br>Seller: AV ASSOCIATES LP | NO DEED<br>2018090160 | 0.00<br>EX | N | 22 |

## LAND

| Type | Dimensions | Description | Value |
|---|---|---|---|
| G1-SITE VALUE | 1.0000 | Units | 165,000 |
| | | Total | 165,000 |

## DWELLING

**Card 1**

| | | | | | |
|---|---|---|---|---|---|
| Style | 01-RANCH | Family Rooms | 1 | Heating | Y |
| Stories | 1.00 | Condition | 3-AVERAGE | Cooling | Y |
| Rec Room Area | 0 | Year Built | 2018 | Grade | B |
| Finished Basement | 0 | Year Remodeled | | Fireplace Openings | 0 |
| Rooms | 6 | Full Baths | 2 | Fireplace Stacks | 0 |
| Bed Rooms | 3 | Half Baths | 0 | Living Area | 2,535 |
| Dining Rooms | 0 | Other Fixtures | 0 | Total Area | 5,070 |
| | | | | Value | 386,960 |



**EXHIBIT**

2

Page 1 of 2

Last Updated: 04/29/2026 10:00:04 PM

**Jose Sanchez**

**Ohio State Waterproofing**

**Apr 15, 2026 | 135 Photos**

# OHIO STATE
## WATERPROOFING

# Henkel



1 / 30       Henkel - Henkel

**EXHIBIT**

_____3_____

# Section 1

Henkel



**Shifting**

Project: Henkel
Date: Apr 15, 2026, 12:19 PM
Creator: Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 12:20 PM
Creator: Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 12:20 PM
Creator: Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 12:23 PM
Creator: Jose Sanchez



## Understanding Effloresence

Efflorescence (which means "to flower out" in French) is the dissolved salts deposited on the surface of a porous material (such as concrete or brick) that are visible after the evaporation of the water in which it was transported. The moisture that creates efflorescence often comes from groundwater, but rainwater can also be the source....

Project: Henkel
Date: Apr 15, 2026, 12:28 PM
Creator  Jose Sanchez

## Seapage/cracking



Project: Henkel
Date: Apr 15, 2026, 12:36 PM
Creator: Jose Sanchez





Project: Henkel
Date: Apr 15, 2026, 12:36 PM
Creator: Jose Sanchez

## Hydrostatic Pressure

Hydrostatic pressure builds a lake of water that pushes against the footing and basement walls and homes that have not been given proper drainage will most likely have wet basements. In worst-case scenerios, homes affected by hydrostatic pressure may have cracks in their foundations, basement walls and other walls throughout the...



Project: Henkel
Date: Apr 15, 2026, 12:46 PM
Creator  Jose Sanchez



### Cracks in Basement Walls

Once a crack forms, it creates a weak spot that widens each time the hydrostatic pressure pushes on it. If cracks are left untreated, they expand or multiply.
*Source: Buyersask.com*

Project: Henkel
Date. Apr 15, 2026, 12:51 PM
Creator  Jose Sanchez



### Lateral Pressure

As the soil near the surface becomes saturated and absorbs water as a result of rainfall or snowmelt, the soil can expand and create sideways (lateral) pressure against the foundation walls and force water through any foundation defects and create a leak.
*Source: Safeguard Properties*

Project: Henkel
Date· Apr 15, 2026, 12:51 PM
Creator  Jose Sanchez



### Stair step horizontal cracking

· Horizontal or stair-step cracks on foundation walls require immediate attention from a foundation repair company.
· Cracks that leak water may need stabilization alongside basement waterproofing services.

Project. Henkel
Date: Apr 15, 2026, 12:53 PM
Creator: Jose Sanchez



### When To Worry About Foundation Cracks

Any crack wider than 1/16 inch is a problem, especially if it admits water or increases in width or length, or if its faces grind against each other with changes in temperature and humidity. All of these indicate foundation movement and that's not good.
*Source: Popular Mechanics*

Project: Henkel
Date, Apr 15, 2026, 1:05 PM
Creator  Jose Sanchez



Hydrostatic pressure is water pressure. In the case of waterproofing and foundation repair, it's water pressure pushing up against your foundation walls, floor, and footing.

Because concrete is porous, the pressure outside your...

Project: Henkel
Date: Apr 15, 2026, 1:05 PM
Creator: Jose Sanchez



### Dangers of a Damp Basement
**The dangers of a damp basement can include health-related issues and deterioration to the structure itself.** Having a wet basement can cause ruin to electrical fixtures, such as furnaces or air conditioners. It could also create rotted wood, which can lead to foundation damage. Mold often grows in damp spaces, which can cause respiratory...

Project: Henkel
Date: Apr 15, 2026, 1:06 PM
Creator: Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 1:09 PM
Creator: Jose Sanchez



### Exterior Protection
Facades are the outermost surfaces of buildings and are directly exposed to environmental factors. This includes rain, snow, wind, sunlight, and humidity. Over time, these factors can cause exterior materials to deteriorate, crack, rot, and even collapse.
First, water can cause significant damage to the structure...

Project: Henkel
Date: Apr 15, 2026, 1:18 PM
Creator: Jose Sanchez

**17**



Project  Henkel
Date:  Apr 15, 2026, 12:16 PM
Creator:  Jose Sanchez

**18**



Project:  Henkel
Date:  Apr 15, 2026, 12:16 PM
Creator:  Jose Sanchez

**19**



Project.  Henkel
Date:  Apr 15, 2026, 12:16 PM
Creator.  Jose Sanchez

**20**



Project:  Henkel
Date:  Apr 15, 2026, 12:19 PM
Creator.  Jose Sanchez

21



Project  Henkel
Date: Apr 15, 2026, 12:19 PM
Creator:  Jose Sanchez

22



Project: Henkel
Date. Apr 15, 2026, 12:19 PM
Creator:  Jose Sanchez

23



Project  Henkel
Date. Apr 15, 2026, 12:20 PM
Creator·  Jose Sanchez

24



Project  Henkel
Date  Apr 15, 2026, 12:20 PM
Creator.  Jose Sanchez

**25**



Project: Henkel
Date. Apr 15, 2026, 12:20 PM
Creator: Jose Sanchez

**26**



Project: Henkel
Date: Apr 15, 2026, 12:20 PM
Creator: Jose Sanchez

**27**



Project: Henkel
Date: Apr 15, 2026, 12:21 PM
Creator: Jose Sanchez

**28**



Project: Henkel
Date: Apr 15, 2026, 12:21 PM
Creator: Jose Sanchez

Henkel



Project. Henkel
Date. Apr 15, 2026, 12:22 PM
Creator Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 12:22 PM
Creator Jose Sanchez



Project Henkel
Date: Apr 15, 2026, 12:23 PM
Creator. Jose Sanchez




Project: Henkel
Date: Apr 15, 2026, 12.23 PM
Creator Jose Sanchez

**33**



Project: Henkel
Date: Apr 15, 2026, 12:23 PM
Creator: Jose Sanchez

**34**



Project: Henkel
Date. Apr 15, 2026, 12:24 PM
Creator: Jose Sanchez

**35**



Project: Henkel
Date. Apr 15, 2026, 12:25 PM
Creator: Jose Sanchez

**36**



Project: Henkel
Date: Apr 15, 2026, 12:25 PM
Creator: Jose Sanchez

37



Project. Henkel
Date. Apr 15, 2026, 12:26 PM
Creator. Jose Sanchez

38



Project: Henkel
Date: Apr 15, 2026, 12:26 PM
Creator: Jose Sanchez

39



Project. Henkel
Date. Apr 15, 2026, 12:27 PM
Creator: Jose Sanchez

40



Project. Henkel
Date. Apr 15, 2026, 12:27 PM
Creator  Jose Sanchez

**41**



Project  Henkel
Date:  Apr 15, 2026, 12:27 PM
Creator:  Jose Sanchez

**42**



Project  Henkel
Date:  Apr 15, 2026, 12:27 PM
Creator:  Jose Sanchez

**43**



Project:  Henkel
Date  Apr 15, 2026, 12:28 PM
Creator  Jose Sanchez

**44**



Project  Henkel
Date:  Apr 15, 2026, 12:28 PM
Creator  Jose Sanchez

**45**



Project  Henkel
Date  Apr 15, 2026, 12:29 PM
Creator:  Jose Sanchez

**46**



Project: Henkel
Date: Apr 15, 2026, 12:29 PM
Creator  Jose Sanchez

**47**



Project. Henkel
Date. Apr 15, 2026, 12:29 PM
Creator  Jose Sanchez

**48**



Project. Henkel
Date  Apr 15, 2026, 12:31 PM
Creator  Jose Sanchez

49



Project. Henkel
Date: Apr 15, 2026, 12:31 PM
Creator: Jose Sanchez

50



Project. Henkel
Date. Apr 15, 2026, 12:32 PM
Creator: Jose Sanchez

51



Project. Henkel
Date: Apr 15, 2026, 12:33 PM
Creator. Jose Sanchez

52



Project: Henkel
Date  Apr 15, 2026, 12:36 PM
Creator: Jose Sanchez

**53**

Project. Henkel
Date: Apr 15, 2026, 12:36 PM
Creator: Jose Sanchez

**54**

Project: Henkel
Date: Apr 15, 2026, 12:36 PM
Creator: Jose Sanchez

**55**

Project. Henkel
Date: Apr 15, 2026, 12:36 PM
Creator: Jose Sanchez

**56**

Project. Henkel
Date: Apr 15, 2026, 12:36 PM
Creator: Jose Sanchez

57

Project: Henkel
Date: Apr 15, 2026, 12:37 PM
Creator: Jose Sanchez

58

Project: Henkel
Date: Apr 15, 2026, 12:37 PM
Creator: Jose Sanchez

59

Project: Henkel
Date: Apr 15, 2026, 12:37 PM
Creator: Jose Sanchez

60

Project: Henkel
Date: Apr 15, 2026, 12:37 PM
Creator: Jose Sanchez

**61**



Project: Henkel
Date: Apr 15, 2026, 12:40 PM
Creator: Jose Sanchez

**62**



Project: Henkel
Date: Apr 15, 2026, 12:40 PM
Creator: Jose Sanchez

**63**



Project: Henkel
Date: Apr 15, 2026, 12:40 PM
Creator: Jose Sanchez

**64**



Project: Henkel
Date: Apr 15, 2026, 12:40 PM
Creator: Jose Sanchez



Project  Henkel
Date  Apr 15, 2026, 12:40 PM
Creator  Jose Sanchez



Project. Henkel
Date: Apr 15, 2026, 12:43 PM
Creator  Jose Sanchez



Project. Henkel
Date: Apr 15, 2026, 12:43 PM
Creator  Jose Sanchez



Project. Henkel
Date. Apr 15, 2026, 12:44 PM
Creator  Jose Sanchez

**69**



Project. Henkel
Dale: Apr 15, 2026, 12:44 PM
Creator: Jose Sanchez

**70**



Project. Henkel
Date: Apr 15, 2026, 12:45 PM
Creator: Jose Sanchez

**71**



Project: Henkel
Date: Apr 15, 2026, 12:46 PM
Creator: Jose Sanchez

**72**



Project: Henkel
Date: Apr 15, 2026, 12:46 PM
Creator. Jose Sanchez

73



Project  Henkel
Date: Apr 15, 2026, 12:47 PM
Creator: Jose Sanchez

74



Project: Henkel
Date: Apr 15, 2026, 12:48 PM
Creator: Jose Sanchez

75



Project: Henkel
Date. Apr 15, 2026, 12:48 PM
Creator: Jose Sanchez

76



Project: Henkel
Date: Apr 15, 2026, 12:48 PM
Creator: Jose Sanchez

**77**



Project  Henkel
Date:  Apr 15, 2026, 12:48 PM
Creator.  Jose Sanchez

**78**



Project:  Henkel
Date:  Apr 15, 2026, 12:49 PM
Creator  Jose Sanchez

**79**



Project.  Henkel
Date:  Apr 15, 2026, 12:49 PM
Creator;  Jose Sanchez

**80**



Project·  Henkel
Date  Apr 15, 2026, 12:49 PM
Creator  Jose Sanchez

Henkel



Project. Henkel
Date. Apr 15, 2026, 12:50 PM
Creator  Jose Sanchez



Project: Henkel
Data. Apr 15, 2026, 12:51 PM
Creator: Jose Sanchez



Project: Henkel
Date. Apr 15, 2026, 12:51 PM
Creator, Jose Sanchez



Project: Henkel
Date  Apr 15, 2026, 12:51 PM
Creator  Jose Sanchez

**85**



Project. Henkel
Date: Apr 15, 2026, 12:51 PM
Creator  Jose Sanchez

**86**



Project  Henkel
Date: Apr 15, 2026, 12:51 PM
Creator  Jose Sanchez

**87**



Project  Henkel
Date  Apr 15, 2026, 12:51 PM
Creator  Jose Sanchez

**88**



Project. Henkel
Date. Apr 15, 2026, 12:52 PM
Creator: Jose Sanchez

Henkel

Apr 15, 2026



Project: Henkel
Date: Apr 15, 2026, 12:52 PM
Creator: Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 12:52 PM
Creator: Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 12:52 PM
Creator: Jose Sanchez



Project: Henkel
Date: Apr 15, 2026, 12:52 PM
Creator: Jose Sanchez

**93**



Project: Henkel
Date: Apr 15, 2026, 12:53 PM
Creator: Jose Sanchez

**94**



Project: Henkel
Date: Apr 15, 2026, 12:53 PM
Creator: Jose Sanchez

**95**



Project: Henkel
Date: Apr 15, 2026, 12:53 PM
Creator: Jose Sanchez

**96**



Project: Henkel
Date: Apr 15, 2026, 12:54 PM
Creator: Jose Sanchez

Henkel

Apr 15, 2026

97



Project. Henkel
Date: Apr 15, 2026, 12:54 PM
Creator. Jose Sanchez

98



Project: Henkel
Date: Apr 15, 2026, 1:03 PM
Creator: Jose Sanchez

99



Project: Henkel
Date: Apr 15, 2026, 1:05 PM
Creator: Jose Sanchez

100



Project: Henkel
Date  Apr 15, 2026, 1:05 PM
Creator: Jose Sanchez

101

Project  Henkel
Date  Apr 15, 2026, 1:06 PM
Creator  Jose Sanchez

102

Project  Henkel
Date  Apr 15, 2026, 1:06 PM
Creator  Jose Sanchez

103

Project  Henkel
Date  Apr 15, 2026, 1:06 PM
Creator  Jose Sanchez

104

Project  Henkel
Date  Apr 15, 2026, 1:07 PM
Creator  Jose Sanchez

105



Project. Henkel
Date. Apr 15, 2026, 1:07 PM
Creator: Jose Sanchez

106



Project. Henkel
Date: Apr 15, 2026, 1:07 PM
Creator. Jose Sanchez

107



Project. Henkel
Date  Apr 15, 2026, 1:07 PM
Creator  Jose Sanchez

108



Project. Henkel
Date  Apr 15, 2026, 1:07 PM
Creator  Jose Sanchez

Apr 15, 2026

Henkel

**109**



Project: Henkel
Date: Apr 15, 2026, 1:08 PM
Creator: Jose Sanchez

**110**



Project: Henkel
Date: Apr 15, 2026, 1:09 PM
Creator: Jose Sanchez

**111**



Project: Henkel
Date: Apr 15, 2026, 1:09 PM
Creator: Jose Sanchez

**112**

Project: Henkel
Date: Apr 15, 2026, 1:10 PM
Creator: Jose Sanchez

Henkel

30 / 36

Section 1

113



Project  Henkel
Date: Apr 15, 2026, 1:10 PM
Creator  Jose Sanchez

114



Project  Henkel
Date: Apr 15, 2026, 1:11 PM
Creator  Jose Sanchez

115



Project  Henkel
Date: Apr 15, 2026, 1:11 PM
Creator  Jose Sanchez

116



Project  Henkel
Date  Apr 15, 2026, 1:12 PM
Creator  Jose Sanchez

**117**



Project. Henkel
Date  Apr 15, 2026, 1:18 PM
Creator  Jose Sanchez

**118**



Project: Henkel
Date. Apr 15, 2026, 1:18 PM
Creator  Jose Sanchez

**119**



Project. Henkel
Date  Apr 15, 2026, 1:18 PM
Creator  Jose Sanchez

**120**



Project. Henkel
Date  Apr 15, 2026, 1:18 PM
Creator  Jose Sanchez

**121**



Project. Henkel
Date  Apr 15, 2026, 1:18 PM
Creator  Jose Sanchez

**122**



Project. Henkel
Date: Apr 15, 2026, 1:19 PM
Creator: Jose Sanchez

**123**



Project  Henkel
Date: Apr 15, 2026, 1:19 PM
Creator  Jose Sanchez



**124**



Project. Henkel
Date  Apr 15, 2026, 1:26 PM
Creator  Jose Sanchez

125



Project. Henkel
Date: Apr 15, 2026, 1:26 PM
Creator. Jose Sanchez

126



Project: Henkel
Date: Apr 15, 2026, 1:26 PM
Creator: Jose Sanchez

127



Project: Henkel
Date: Apr 15, 2026, 1:27 PM
Creator: Jose Sanchez

128



Project. Henkel
Date: Apr 15, 2026, 1:29 PM
Creator. Jose Sanchez

**129**



Project: Henkel
Date  Apr 15, 2026, 1:29 PM
Creator: Jose Sanchez

**130**



Project. Henkel
Date: Apr 15, 2026, 1:29 PM
Creator  Jose Sanchez

**131**



Project. Henkel
Date  Apr 15, 2026, 1:30 PM
Creator  Jose Sanchez

**132**



Project  Henkel
Date  Apr 15, 2026, 1:31 PM
Creator  Jose Sanchez

133



Project  Henkel
Date  Apr 15, 2026, 1:31 PM
Creator  Jose Sanchez

134



Project  Henkel
Date  Apr 15, 2026, 1:31 PM
Creator  Jose Sanchez

135



Project  Henkel
Date  Apr 15, 2026, 1:32 PM
Creator  Jose Sanchez

# OHIO STATE
## WATERPROOFING

# Choose the Right Waterproofing Solution for Your Home

|  | BUDGET-FRIENDLY | COMPREHENSIVE | TRADITIONAL |
|---|---|---|---|
| **Waterproofing Method** | **One-Step Waterproofing**<br>Excavate the interior perimeter and install drains to remove water as it enters your home. | **Multi-Step System**<br>Our exclusive method uses interior, exterior, and air quality solutions to keep your basement safe and dry. | **Exterior Waterproofing**<br>Excavate the exterior foundation and apply barriers and drainage to protect your home against water infiltration. |
| **Your Investment** | $ _29,700_<br>starting at ~ $135/linear foot | $ _56,120_<br>starting at ~ $250/linear foot | $ _~~75,985~~_<br>$75,985<br>starting at ~ $450/linear foot |
| **Warranty** | Floor + Pump Warranty<br>Renewable at $100/year | Floor, Walls, Cove + Pump Transferable Warranty<br>Renewable at $145/year | Walls Only<br>25 Year Warranty |
| **Safe to Finish Basement?** | No | | Walls Only |
| **Air Quality** | No Impact | Improves 10x | Minimal Improvement |
| **Sump Pump** | Yes, Battery Backup Available at Extra Cost | Relief System with Battery Backup Included | Typically Required |
| **Potential Landscaping Disruption** | None | Minimal | Most |
| **Typical Time to Complete** | 1-2 Days | 3-5 Days | 5+ Days |

**EXHIBIT**

_4_



**AirAdvice for Your Home**

Monitor: 33036
Report ID: 878366
04/15/26 01:15 PM



| Health | Comfort | Safety |
|---|---|---|
| ⚠ Particles | ✓ Temperature | ✓ Carbon Monoxide |
| Chemicals | ✓ Relative Humidity | |
| Carbon Dioxide | | |

# HEALTH

## Particles



**Action Recommended**
Particles
11.9 µg/m3

40-
30-
20-
10-

Health Concerns Particles are generally a cause for concern when daily average levels are above 10 µg/m3. Particles are known to trigger asthma and allergy symptoms. At levels above 35 µg/m3, they can harm normally healthy adults by causing emphysema and diminished lung capacity. Children, the elderly, pregnant women and individuals with preexisting lung conditions are more susceptible.[a]

What We Found In Your Home Particle levels were between 11-35 µg/m3.

Potential Causes Particles can build up to unhealthy levels due to three primary causes:
- Activities in the home
- Presence of excessive particulate sources
- Heating and cooling system issues

Recommended Actions [*]
- Replace filters or upgrade filtration system
- Upgrade thermostat to operate HVAC system fan on a schedule to more completely filter airborne particles
- Inspect duct work; seal and clean as necessary
- Install HEPA filtration system
- Use range exhaust fan when cooking

## Chemicals

**Action Necessary**
TVOC
>4000 µg/m3

3500-
3000-
2500-
2000-
1500-
1000-
500-

Health Concerns Chemical pollutants are generally a cause for concern when average levels are above 500 µg/m3 (micrograms per cubic meter of air). Chemical pollutants are known to trigger asthma and allergy symptoms. At moderate levels, eyes and nasal passages can be irritated. Some people can experience nausea and headaches. At very high levels, they can even affect normally healthy adults by overworking the liver and kidneys. Children, the elderly, and pregnant women are more susceptible.[b]

What We Found In Your Home Chemical pollutant levels were above 3000 µg/m3.

Potential Causes Levels can build up in your home's air due to usage of chemical products and heating/cooling system issues:
- Sources: Off-gassing from building materials, carpeting, furniture and other synthetic materials, fuel fumes, scented products and air fresheners, personal care products, household products such as paint, glue, and plastics
- Possible heating & cooling issues: Lack of fresh air introduced into home (either inadequate mechanical ventilation or none present), no chemical pollutant removal equipment

Recommended Actions [*]
- Install an energy efficient ventilation device, such as a heat or energy recovery ventilator (HRV or ERV)
- Install a VOC reduction device such as a photocatalytic oxidizer (PCO)
- Install carbon filtration to capture VOCs
- Upgrade thermostat to operate HVAC system fan on a schedule
- Eliminate VOC sources, and minimize use of air fresheners, cleaning fluids, or candles
- Use range exhaust fan when cooking

## Carbon Dioxide



**Action Necessary**
CO₂
1168 ppm

1500-
1000-
500-

Health Concerns Carbon dioxide (CO2) levels above 750 ppm (parts per million) are a cause for concern. At higher levels, CO2 inside a home can contribute to what the EPA terms "sick building syndrome," which leads to fatigue, headache, breathing difficulties, nausea, strained eyes and itchy skin. CO2 poisoning, however, is very rare. The U.S. EPA recommends a maximum concentration of CO2 of 1000 ppm (0.1%) for continuous exposure.[c]

What We Found In Your Home Carbon dioxide levels were above 1000 ppm.

Potential Causes Elevated carbon dioxide levels can occur in the home due to source causes, home heating & cooling system issues, or both:
- Sources: "Tight" (well weatherized and energy-efficient) home construction without adequate ventilation, common human & household activity (breathing, and burning candles, gas, wood, or other combustion)
- Possible heating & cooling issues: Lack of supplied fresh air (no ventilation), malfunctioning ventilation, ventilation shut off by occupant, HVAC equipment needs repair or service

Recommended Actions [*]
- Install an energy efficient ventilation device, such as a heat or energy recovery ventilator (HRV or ERV)
- Use range exhaust fan when cooking

a. Source: American Lung Association, Environmental Protection Agency (EPA); Indoor Air Quality Association.
b. Sources: European Union (EU); Leadership in Energy & Environmental Design (LEED); Environmental Protection Agency (EPA).
c. Source: EPA, Minnesota Dept of Health.
* AirAdvice does not endorse any specific IAQ product. Consult your contractor for IAQ product information.



**EXHIBIT**

5

# COMFORT
## Temperature



Temperature
73.2 degrees F

**Comfort Concerns** Comfortable temperatures fall within the range of 68 and 75 degrees F. In addition temperatures are most comfortable when steady, with fluctuations less than 1-1/2 degrees. Ideally, temperature should be constant between all areas of the home. People experience a chilling or 'goose bump' sensation when temperatures are uneven and when air blows quickly across the surface of the skin.[a]

**What We Found In Your Home** The temperature level was inside the normal range.

**Potential Causes** Fluctuating and/or low and high temperatures can occur due to structural causes and/or home heating & cooling system issues:
- Structural causes: Poor insulation, inadequate weatherization (for example, poorly sealed windows and doors create drafts)
- Possible heating and cooling issues: Thermostat poorly located (in an area where air supply falsely influences readings), uneven heating or cooling from room to room due to imbalanced ductwork or inadequate or poorly sized equipment

**Recommended Actions** [*]
- Upgrade to programmable thermostat for improved accuracy and energy savings

## Relative Humidity



No Action Necessary
RH
45.9 %

**Comfort and Health** According to the ALA the relative humidity should be near 50% when possible. When air is too dry, people typically feel colder, and respiratory passages can become irritated and prone to infection. Conversely, air that is too moist defeats perspiration, the body's natural cooling mechanism. High moisture also can lead to condensation within walls and on windows, which can cause mold.[b]

**What We Found In Your Home** The relative humidity levels were inside the normal range.

**Potential Causes** Fluctuating and/or low and high relative humidity can occur due to structural causes and/or home heating & cooling system issues:
- Structural causes: Standing water in basement or other areas, leaky pipes/faucets, inadequate ventilation in winter (causes moisture build-up inside), and home is under "negative pressure" (pulls dry or moist air in from outside)
- Possible heating & cooling system issues: no or inadequate humidification or ventilation, improperly sized cooling system (prevents dehumidification), HVAC equipment needs repair (condensate drain or coil malfunctioning)

**Recommended Actions** [*]
- Operate bathroom fans during and after bathing. Install ASHRAE-compliant bathroom fan switch
- Use range exhaust fan when cooking

# SAFETY
## Carbon Monoxide



No Action Necessary
CO
4.9 ppm

**Safety Concerns** Carbon monoxide replaces oxygen in the blood, and is a cause for concern when average levels are 6 ppm or higher. When levels are above 25 ppm, immediate action should be taken. Carbon monoxide is a colorless, odorless, poisonous gas produced by combustion. When people are exposed to relatively low levels, it can cause headaches and nausea. At relatively high levels it can cause memory problems and ultimately death.[c]

**What We Found In Your Home** Carbon monoxide levels were below 6 ppm.

**Potential Causes** Elevated carbon monoxide can occur due to source causes, home heating & cooling system issues, or both:
- Sources: Fireplaces, cooking, combustion appliances (water heater, gas dryer, stove), vehicles running in attached garage
- Possible heating & cooling system issues: Cracked heat exchanger on furnace, leaking chimney or vent, inadequate exhausting of a combustion appliance (water heater, gas dryer, stove)

**Recommended Actions** [*]
- Install or check CO alarm(s) per local code

a. Source: American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE).
b. Source: American Society of Heating, Refrigeration and Air Conditioning Engineers; Health Canada; Washington Department of Health.
c. Source: US Environmental Protection Agency; World Health Organization (WHO); Indoor Air Quality Association (IAQA).
* AirAdvice does not endorse any specific IAQ product. Consult your contractor for IAQ product information.

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
38473 Cardinal Ct
Avon, OH 44011
AVONDALE SUB NO 3 60 X 209.79 LOT # 46 SPLIT # 17-01606

### FOR
Megan Henkel

### OPINION OF VALUE
$687,100

### AS OF
04/20/2026

### BY
Todd Krall
Black Diamond Appraisals LLC

440-864-8849
tek208@yahoo.com

Form GA2V · "TOTAL" appraisal software by a la mode, inc · 1-800-ALAMODE

Serial# A9B6374g
esign.alamode.com/verify

**EXHIBIT**

6

Todd Krall

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 20260420

## SUBJECT

Property Address: 38473 Cardinal Ct — City: Avon — State: OH — Zip Code: 44011

County: Lorain — Legal Description: AVONDALE SUB NO 3 60 X 209.79 LOT # 46 SPLIT # 17-01606

Assessor's Parcel #: 0400002102295

Tax Year: 2025 — R.E. Taxes: $ 9,039 — Special Assessments: $ 0 — Borrower (if applicable):

Current Owner of Record: Megan Henkel — Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) — HOA: $ 700 ☒ per year ☐ per month

Market Area Name: Avon — Map Reference: 17410 — Census Tract: 0132.01

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Market value for home owner.

Intended User(s) (by name or type): Megan Henkel

Client: Megan Henkel — Address:

Appraiser: Todd Krall — Address:

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE S(000) | AGE (yrs) | One-Unit 70% | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☐ Owner Unk | 495 Low 1 | | 2-4 Unit 5% | ☐ Likely * In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant Unk | 1,100 High 40 | | Multi-Unit 5% | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 725 Pred 21 | | Comm'l 15% | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | 5% | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject is located in Avon. The neighborhood is bound to the North by I-90, to the East by Nagel Rd, to the South by Mills Rd, and to the West by City Line. Homes in the area vary with respect to size, style, quality, and value. Shopping, schools, transportation, recreational as well as other support facilities are within close proximity. Major employment centers are located within the Cleveland metropolitan area. Market Conditions appear to be stable. Home which are priced accurately and are in average or above condition and appeal tend to sell more quickly. Seller concessions are not uncommon. Other land use consists of vacant land, parks, linkages, and green space.

## SITE DESCRIPTION

Dimensions: 30 x 30 x 198 x 62 x 207 x 158 — Site Area: 27,725 sf

Zoning Classification: R-1 — Description: Single Family Residential

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown — Have the documents been reviewed? ☐ Yes ☒ No — Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential — Use as appraised in this report: Residential

Summary of Highest & Best Use: See addendum

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Flat |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | | Street | Concrete | ☒ | | Size | |
| Gas | ☒ | | | Curb/Gutter | Yes | ☒ | | Shape | Rectangular |
| Water | ☒ | | | Sidewalk | Concrete | ☒ | | Drainage | |
| Sanitary Sewer | ☒ | | | Street Lights | Yes | ☒ | | View | Residential |
| Storm Sewer | ☒ | | | Alley | None | | | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☒ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No — FEMA Flood Zone X — FEMA Map # 39093C0133D — FEMA Map Date 08/19/2008

Site Comments: The subject site is typical and conforms to current zoning codes. No survey was conducted. The site is in close proximity to local conveniences (i.e. schools, commercial, recreational, & support facilities). There are power lines viewable from the back yard.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 Acc.Unit | Foundation | Masonry | Slab | No | Area Sq. Ft. | 2,535 | Type | FWA |
| # of Stories | 1.75 | Exterior Walls | Stone/Vinyl | Crawl Space | No | % Finished | 75 | Fuel | Gas |
| Type ☒ Det ☐ Att | | Roof Surface | Asphalt Shingle | Basement | Full | Ceiling | Drywall | | |
| Design (Style) | Cape Cod | Gutters & Dwnspts. | Aluminum | Sump Pump | ☒ | Walls | Drywall | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Double Hung | Dampness | | Floor | Carpet | Central | CAC |
| Actual Age (Yrs.) | 8 | Storm/Screens | Aluminum | Settlement | | Outside Entry | Yes | Other | |
| Effective Age (Yrs.) | 4 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood/Tile/Carpet | Refrigerator ☒ | Stairs ☒ | | | Fireplace(s) # 1 | Woodstove(s) # 0 | Garage # of cars ( 6 Tot) | |
| Walls | Drywall | Range/Oven ☒ | Drop Stair | | | Patio Yes | | Attach. 3 | |
| Trim/Finish | Wood/Paint | Disposal ☒ | Scuttle ☒ | | | Deck No | | Detach. | |
| Bath Floor | Tile | Dishwasher ☒ | Doorway | | | Porch Yes | | Bit.-In | |
| Bath Wainscot | None | Fan/Hood ☒ | Floor | | | Fence Yes | | Carport | |
| Doors | Wood | Microwave ☒ | Heated | | | Pool No | | Driveway 3 | |
| | | Washer/Dryer | Finished | | | | | Surface Concrete | |

Finished area above grade contains: 10 Rooms — 5 Bedrooms — 3.0 Bath(s) — 3,527 Square Feet of Gross Living Area Above Grade

Additional features: None

Describe the condition of the property (including physical, functional and external obsolescence): C3: There is no apparent evidence of functional obsolescence. All utilities and mechanicals were operational at the time of viewing. There are numerous upgrades including kitchen cabinets and oven, windows, and landscaping. The basement has a crack in the foundation where there is visible dampness/water entering the basement. The roof needs replaced. Repair estimates are included in the report. Multi-Step System for the waterproofing and Silver Package for the roof.

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however Serial# A9B90749 acknowledged and credited

**GP RESIDENTIAL**

Form GPRES2 — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE — esign.alamode.com/verify — 3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 20260420

**TRANSFER HISTORY**

My research did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):  Lorain Auditor

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

**SALES COMPARISON APPROACH TO VALUE (if developed)**    The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | + (-) $ Adjust. | COMPARABLE SALE # 2 | + (-) $ Adjust. | COMPARABLE SALE # 3 | + (-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 38473 Cardinal Ct | 3124 Fairview Dr | | 3101 Fairview Dr | | 39340 Evergreen Dr | |
| | Avon, OH 44011 | Avon, OH 44011 | | Avon, OH 44011 | | Avon, OH 44011 | |
| Proximity to Subject | | 0.26 miles S | | 0.21 miles S | | 1.48 miles SW | |
| Sale Price | $ | $ 705,000 | | $ 650,000 | | $ 900,000 | |
| Sale Price/GLA | $ /sq ft | $ 202.24 /sq ft | | $ 189.39 /sq ft | | $ 235.05 /sq ft | |
| Data Source(s) | | NEOREXMLS#5109040 | | NEOREXMLS#5120628 | | NEOREXMLS#5157945 | |
| Verification Source(s) | Lorain Auditor | Lorain Auditor | | Lorain Auditor | | Lorain Auditor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | 0 | | 0 | | 0 | |
| Date of Sale/Time | | 06/25 | +4,900 | 08/25 | +4,600 | 12/25 | 0 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Size | 27,725 sf | 16499 sf | | 16550 sf | | 21780 sf | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Cape Cod | Colonial | | Colonial | | Cape Cod | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Age | 8 | 10 | | 10 | | 27 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 10 / 5 / 3.0 | 11 / 6 / 4.0 | -7,300 | 8 / 4 / 2.1 | +3,500 | 9 / 5 / 4.0 | -7,300 |
| Gross Living Area | 3,527 sq ft. | 3,488 sq ft. | +3,200 | 3,432 sq ft. | +7,400 | 3,829 sq ft. | -23,600 |
| Basement & Finished | 2535 sf 1900 sf finished | 1364 sf 700 sf finished | +46,400 | 1532 sf 1102 sf finished | +37,900 | 2829 sf 2000 sf finished | -7,100 |
| Rooms Below Grade | Bed/Rec Rm/1.0 Bath | Rec Room/1.0 Bath | | Rec Room/1.0 Bath | | Rec Room/1.0 Bath | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | Three Car | Three Car | | Three Car | | Three Car | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Cost to Cure | Basement Repair | Basement Repair | -56,100 | Basement Repair | -56,100 | Basement Repair | -56,100 |
| Cost to Cure | New Roof | New Roof | -26,800 | New Roof | -26,800 | New Roof | -26,800 |
| Net Adjustment (Total) | | + ☒ - $ | -35,700 | ☐ + ☒ - $ | -29,500 | ☐ + ☒ - $ | -120,900 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | $ 669,300 | | $ 620,500 | | $ 779,100 | |

Summary of Sales Comparison Approach    The Sales Comparison Approach accurately reflects the attitudes of the current market. Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. That approach is given the consideration in the reconciliation. Cost approach was not developed as it is not the most reliable source for value. Income approach was not developed as most units are owner-occupied. Sales recited are from the subject neighborhood. They are the most recent and most comparable found. Secondary market standards for net and gross adjustment percentages were met in all sales. The adjusted sale prices of the comparables bracket the final value estimate of the subject. Adjustments were made, as needed, based on analysis of other homes in the market neighborhood. Final sales comparison approach value was derived by weighting comps, based on compatibility to the subject. The best available, and verifiable, comparable sales were utilized for this appraisal report. The subject property is conforming to its market neighborhood.

Indicated Value by Sales Comparison Approach $    687,100

**GP RESIDENTIAL**

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however Serial# A9960740 acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE    esign.alamode.com/verify    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 20260420

| COST APPROACH TO VALUE (if developed) | X The Cost Approach was not developed for this appraisal. |
|---|---|

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service: Effective date of cost data: | | Sq.Ft @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less Physical Functional External | | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | | =$ |

| INCOME APPROACH TO VALUE (if developed) | X The Income Approach was not developed for this appraisal. |
|---|---|

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

| PROJECT INFORMATION FOR PUDs (if applicable) | [ ] The Subject is part of a Planned Unit Development. |
|---|---|

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ **687,100** Cost Approach (if developed) $ _____ Income Approach (if developed) $ _____

Final Reconciliation The Sales Comparison Approach accurately reflects the attitudes of the current market. Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. That approach is given the consideration in the reconciliation. Cost approach was not developed, and it is not the most reliable source for value. Income approach was not developed as most units are owner-occupied. *See attached addenda

This appraisal is made X "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair.

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **687,100** , as of: **04/20/2026** , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains _27_ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| X Scope of Work | X Limiting Cond./Certifications | X Narrative Addendum | X Photograph Addenda | X Sketch Addendum |
|---|---|---|---|---|
| X Map Addenda | [ ] Additional Sales | [ ] Cost Addendum | [ ] Flood Addendum | [ ] Manuf. House Addendum |
| [ ] Hypothetical Conditions | [ ] Extraordinary Assumptions | | | |

| Client Contact: | Client Name: Megan Henkel |
|---|---|
| E-Mail: | Address: |

| APPRAISER esign.alamode.com/verify Serial.A9B60749 | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| _Todd Krall_ (signature) | |
| Appraiser Name: Todd Krall | Supervisory or Co-Appraiser Name: |
| Company: Black Diamond Appraisals LLC | Company: |
| Phone: 440-864-8849 Fax: | Phone: Fax: |
| E-Mail: tek208@yahoo.com | E-Mail: |
| Date of Report (Signature): 04/22/2026 | Date of Report (Signature): |
| License or Certification #: 2020004407 State: OH | License or Certification #: State: |
| Designation: Certified Residential | Designation: |
| Expiration Date of License or Certification: 08/04/2027 | Expiration Date of License or Certification: |
| Inspection of Subject: X Interior & Exterior Exterior Only None | Inspection of Subject: Interior & Exterior Exterior Only None |
| Date of Inspection: 04/20/2026 | Date of Inspection: |

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however Serial# A9B60749 must be credited. esign.alamode.com/verify 3/2007

**GP RESIDENTIAL** Form GPRES2 — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# ADDITIONAL COMPARABLE SALES

File No.: 20260420

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 38473 Cardinal Ct | 2760 Fairview Dr | | 3304 Persimmon Ln | | 2394 Pendleton Ct | |
| | Avon, OH 44011 | Avon, OH 44011 | | Avon, OH 44011 | | Avon, OH 44011 | |
| Proximity to Subject | | 0.19 miles NW | | 2.95 miles E | | 3.10 miles E | |
| Sale Price | $ | $ | 645,000 | $ | 642,000 | $ | 877,000 |
| Sale Price/GLA | $ /sqft | $ 197.61 /sqft | | $ 203.49 /sqft | | $ 238.64 /sqft | |
| Data Source(s) | | NEOREXMLS#5111632 | | NEOREXMLS#5114413 | | NEOREXMLS#5125793 | |
| Verification Source(s) | Lorain Auditor | Lorain Auditor | | Lorain Auditor | | Lorain Auditor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Cash | | Conventional | | Conventional | |
| Concessions | | 0 | | 0 | | 0 | |
| Date of Sale/Time | | 08/25 | +4,500 | 05/25 | +20,500 | 08/25 | +6,100 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 27,725 sf | 24612 sf | | 32,670 sf | | 26641 sf | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Cape Cod | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Age | 8 | 8 | | 29 | | 7 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 10  5  3.0 | 9  4  3.1 | -3,500 | 11  5  2.1 | +3,500 | 11  5  4.0 | -7,300 |
| Gross Living Area | 3,527 sq.ft. | 3,264 sq.ft. | +20,500 | 3,155 sq.ft. | +29,000 | 3,675 sq.ft. | -11,500 |
| Basement & Finished | 2535 sf 1900 sf finished | 1724 sf 800 sf finished | +44,400 | 1591 sf unfinished | +57,000 | 1662 sf 1200 sf finished | +24,000 |
| Rooms Below Grade | Bed/Rec Rm/1.0 Bath | Rec Room/1.0 Bath | | 0 | +7,300 | Rec Room/1.0 Bath | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | Three Car | Two Car | +7,600 | Two Car | +7,600 | Three Car | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Deck | | Porch/Patio | |
| Cost to Cure | Basement Repair | Basement Repair | -56,100 | Basement Repair | -56,100 | Basement Repair | -56,100 |
| Cost to Cure | New Roof | New Roof | -26,800 | New Roof | -26,800 | New Roof | -26,800 |
| Net Adjustment (Total) | | + X - $ | -9,400 | X + - $ | 42,000 | + X - $ | -71,600 |
| Adjusted Sale Price of Comparables | | $ | 635,600 | $ | 684,000 | $ | 805,400 |

Summary of Sales Comparison Approach    The Sales Comparison Approach accurately reflects the attitudes of the current market. Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. That approach is given the consideration in the reconciliation. Cost approach was not developed as it is not the most reliable source for value. Income approach was not developed as most units are owner-occupied. Sales recited are from the subject neighborhood. They are the most recent and most comparable found. Secondary market standards for net and gross adjustment percentages were met in all sales. The adjusted sale prices of the comparables bracket the final value estimate of the subject. Adjustments were made, as needed, based on analysis of other homes in the market neighborhood. Final sales comparison approach value was derived by weighting comps, based on compatibility to the subject. The best available, and verifiable, comparable sales were utilized for this appraisal report. The subject property is conforming to its market neighborhood.

**GP** RESIDENTIAL

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however.
Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A9D60749
esign.alamode.com/verify
3/2007
acknowledged and created

| | | | | |
|---|---|---|---|---|
| Client | Megan Henkel | | | File No. 20260420 _ _ |
| Property Address | 38473 Cardinal Ct | | | |
| City | Avon | County Lorain | State OH | Zip Code 44011 |
| Appraiser | Todd Krall | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

[X] Appraisal Report    (A written report prepared under Standards Rule   2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report    (A written report prepared under Standards Rule   2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use only by the specified client and any other named intended user(s).)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Comments on Appraisal and Report Identification .
Note any USPAP related issues requiring disclosure and any State mandated requirements:

esign.alamode.com/verify    Serial.A8B80749

**APPRAISER:**

Signature: Todd Krall

Name: Todd Krall
Certified Residential
State Certification #: 2020004407
or State License #:
State: OH   Expiration Date of Certification or License:   08/04/2027
Date of Signature and Report:   04/22/2026
Effective Date of Appraisal:   04/20/2026
Inspection of Subject:   None   [X] Interior and Exterior   [ ] Exterior-Only
Date of Inspection (if applicable):   04/20/2026

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:

Name:
State Certification #:
or State License #:
State:   Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject:   None   Inter   Exterior-Only
Date of Inspection (if applicable):

Serial# A0B80749
esign.alamode.com/verify

## Assumptions, Limiting Conditions & Scope of Work

File No.: 20260420

| | | | |
|---|---|---|---|
| Property Address: 38473 Cardinal Ct | | City: Avon | State: OH   Zip Code: 44011 |
| Client: Megan Henkel | Address: | | |
| Appraiser: Todd Kroll | Address: | | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP** RESIDENTIAL          Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, Serial# A0B60749   acknowledged and credited
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          esign.alamode.com/verify          3/2007

# Certifications

File No.: 20260420

| Property Address: | 38473 Cardinal Ct | | City: Avon | State: OH | Zip Code: 44011 |
|---|---|---|---|---|---|
| Client: | Megan Henkel | Address: | | | |
| Appraiser: | Todd Krall | Address: | | | |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by

the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

## DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and

| Client Contact: | | Client Name: Megan Henkel |
|---|---|---|
| E-Mail: | Address: | |

| **APPRAISER** esign.alamode.com/verify Serial:A9B80749 | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Todd Krall* (signature) | |
| Appraiser Name: Todd Krall | Supervisory or Co-Appraiser Name: |
| Company: Black Diamond Appraisals LLC | Company: |
| Phone: 440-864-8849    Fax: | Phone:    Fax: |
| E-Mail: tek208@yahoo.com | E-Mail: |
| Date Report Signed: 04/22/2026 | Date Report Signed: |
| License or Certification #: 2020004407    State: OH | License or Certification #:    State: |
| Designation: Certified Residential | Designation: |
| Expiration Date of License or Certification: 08/04/2027 | Expiration Date of License or Certification: |
| Inspection of Subject: X Interior & Exterior  Exterior Only  None | Inspection of Subject: Interior & Exterior  Exterior Only  None |
| Date of Inspection: 04/20/2026 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however Serial# A9B80749 acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    esign.alamode.com/verify    3/2007

## Supplemental Addendum

File No. 20260420

| Client | Megan Henkel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38473 Cardinal Ct | | | | | |
| City | Avon | | County | Lorain | State | OH | Zip Code | 44011 |
| Appraiser | Todd Krall | | | | | |

File #: 20260420

URAR : Additional Comments:
The appraiser conducted a head and shoulders visual inspection of the exterior and all interior rooms of the subject property, including all necessary areas. The subject was found in safe, sound & secure condition. All mechanicals and appliances were in working condition. All utilities were operational.

NOTE: There are no known deed restrictions, reconveyance nor private transfer fees associated with the subject that have any impact on the subject's marketability.

Intended Users: The intended user of this appraisal report is the homeowner. Use of this report by others is not intended by the appraiser.

Intended Use: The intended use of this appraisal report is to assist the homeowner in determining fair market value. Any other use of this report is not intended by the appraiser.

Highest and Best Use Summary: The property is zoned residential with, as of the date of this appraisal, little or no possibility of a land use change. The structure is compatible with the market area, all of which is zoned for residential occupancy, so no other use would be possible, legal, financially feasible or productive. The highest and best use of the site, as though vacant, and the property as improved, are generally consistent with and similar to surrounding uses within this market area. Single family residential use is considered to be the subject's highest and best use.

Airport Noise and Hazards: The subject is located approximately 18 miles from Cleveland Hopkins International Airport. Whatever noise/hazards that may be associated with this location affects all of the surrounding properties in that 18-mile radius the same way and does not have any negative impact on the subject's value or marketability.

Exposure Time:
Is the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal: a retrospective estimate based upon an analysis of the past events assuming a competitive and open market. Exposure time is always presumed to occur prior to the effective date of appraisal. The specified date as contemplated by the market value definition is the date of value indicated in this report for the real property interest appraised. The "reasonable time allowed for exposure in the market" refers to the market exposure time leading up to the valuation date. Hence, the value estimate presumes a sale on the date of value. The exposure time for this property is estimated based on conversations with people familiar with properties of this type located in Lorain county and the city of Avon. Considering the information obtained from the subject's market and supported by people knowledgeable with the local market, a reasonable exposure time for the subject property developed independently from the stated marketing time is one to three months.

Appraiser Market Competency:
The subject property is located approximately 11 miles from the Westlake office. This assignment requires geographic competency as part of the scope of work. I have spent sufficient time in the subject's market and understand the nuances of the local market and the supply and demand factors relating to the specific property type and the location involved. Such understanding will not be imparted solely from a consideration of specific data such as demographics, costs, sales, rentals. The necessary understanding of the local market conditions provides the bridge between a sale and a comparable sale or a rental and a comparable rental.

Data Sources - Data sources include but are not limited to, NEOHREXMLS, builders, county auditor tax records, appraiser files, and the internet.

Verification Sources - Verification sources include but are not limited to, Realist, Lorain county auditor, real estate agents (listing and selling), closing information, and exterior viewing.

URAR : Sales Comparison Analysis - Summary of Sales Comparison Approach
The search criteria for the subject property included comparables from 2825-4232 square feet, in the city of Avon, that have transferred within the past 12 months, and in addition, with emphasis on quality, GLA, location, amenities, and overall condition.

Comparables #1 - #6 are closed sales with similar characteristics, style, floor plan and amenities as the subject.

NOTE: No adjustments were made for seller concessions because, while not uncommon, they often go unreported, or the amount that is reported is the 'up to' amount from the contract.

Reconciliation:
Comparable #1 was given the most consideration in the value conclusion due to comp #1 being the closest to the subject in GLA. Comps #2 - #6 were given equal consideration to each other, having similar characteristics, style and floor plan as the subject and bracketing the subject's features.

NOTE: No adjustments were made for bedroom counts because none were necessary after the adjustments were made for GLA.

Adjustments were warranted for the following items from the market via the Solomon Adjustment Calculator (report attached) and rounded to the nearest $100:
GLA Adjustments are based on $78 per Sq.Ft.
Basement Adjustments are based on $14 per Sq. Ft.
Finished Basement Adjustments are based on $30 per Sq. Ft.
Full Bathroom - $7,400
Half Bathroom - $3,500
Additional Garage Stall - $7,600

## Supplemental Addendum

File No. 20260420

| | | | | | |
|---|---|---|---|---|---|
| Client | Megan Henkel | | | | |
| Property Address | 38473 Cardinal Ct | | | | |
| City | Avon | County Lorain | State OH | Zip Code 44011 | |
| Appraiser | Todd Krati | | | | |

Time adjustments were derived from the Federal Housing Finance Agency House Price Index for the Cleveland/Elyria Metropolitan Statistical Area.

Comp #1 +0.7%
Comp #2 +0.7%
Comp #3 +0%
Comp #4 +0.7%
Comp #5 +3.19%
Comp #6 +0.7%

NOTE: The appraiser does not make an adjustment for differences totaling less than $1000.00.

NOTE: This appraiser considers all swimming pools to be an over-improvement for this area of the country and therefore does not assign any contributory value to swimming pools.

*Comparable comps with MLS photos of partially finished basements, that have no posted room dimensions, are given a hypothetical condition of 50% finished, as most partial finishes in this market are approximately 50%, based on past assignments and speaking with real estate peers.

*All dollar adjustments are market extracted and supported in the market area. The comparables that have been selected are thought to be the best in providing an accurate representation of this value based on recent sales in the subject's area with similar amenities.

*The comparables utilized were the best available at the time of this assignment and would compete directly in an open market. Condition labels were formulated by your appraiser using NEOHREXMLS data records which provide detailed condition descriptions along with pictures of all the comparables used. No adjustments have been made for property features that could not be verified through market analysis.

***NOTE: The appraiser is an FHA Roster Appraiser.

***NOTE: Site adjustments based off similar land sales. No adjustment deemed necessary for sites of similar value.

***NOTE: Any zeros "0" entered in the sales comparison grid implies that the appraiser considered the difference in that line item and determined that no adjustment was necessary due to insufficient market data that would warrant any adjustment for these differing features or amenities.

***NOTE: I certify, as the appraiser, that I have completed all aspects of the valuation, including reconciling my opinion of value, free of influence from the client, client's representatives, Borrower, or any other party to the transaction.

***NOTE: I performed this appraisal in accordance with the requirements of Title XI of the Financial Institution Reform, Recovery and Enforcement Act of 1989, (12 U.S.C.3331 et seq.), and any implementing regulations.

***NOTE: I have not performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report, within the three-year period immediately preceding acceptance of this assignment.

***NOTE: No employee, director, officer or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner. I have not been contacted by anyone other than the intended user (lender/client as identified on the first page of the report), borrower or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally, by phone or electronically to vendor management.

***NOTE: The appraiser has prepared this appraisal in full compliance with applicable Appraiser Independence Requirements and has not performed, participated in, or been associated with any activity in violation of those requirements.

***NOTE: The appraiser has adhered to all State Licensing Requirements and followed all applicable State, Federal, GSE guidelines and USPAP standards.

***NOTE: ANSI standards were used to determine GLA/GBA.

## Subject Photo Page

| Client | Megan Henkel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38473 Cardinal Ct | | | | | |
| City | Avon | County | Lorain | State | OH | Zip Code 44011 |
| Appraiser | Todd Krall | | | | | |



**Subject Front**
38473 Cardinal Ct



**Subject Rear**



**Subject Street**

## Interior Photos

| | | |
|---|---|---|
| Client | Megan Henkel | |
| Property Address | 38473 Cardinal Ct | |
| City | Avon | County Lorain  State OH  Zip Code 44011 |
| Appraiser | Todd Krall | |

Den

Kitchen

Living Room

Dining ROom

Sun Room

Bedroom #1

Full Bathroom #1

Full Bathroom #1

Garage Interior

Bedroom #2

Full Bathroom #2

Bedroom #3

Bedroom #4

Full Bathroom #3

Bedroom #5

Form PICINT15 - "TOTAL" appraisal software by a la mode, inc. • 1-800-ALAMODE

Serial# A9B80749
esign.alamode.com/verify

## Interior Photos

| Client | Megan Henkel | | | | |
|--------|------|------|------|------|------|
| Property Address | 38473 Cardinal Ct | | | | |
| City | Avon | County Lorain | | State OH | Zip Code 44011 |
| Appraiser | Todd Kraft | | | | |



**Basement**



**Basement**



**Basement Full Bathroom**



**Basement Bedroom**



**Basement**



**Back Yard**

## Building Sketch

| Client | Megan Henkel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 36473 Cardinal Ct | | | | | |
| City | Avon | County | Lorain | State | OH | Zip Code 44011 |
| Appraiser | Todd Krall | | | | | |



| Area Calculations Summary | | | |
|---|---|---|---|
| **Living Area** | | **Calculation Details** | |
| First Floor | 2535 Sq ft | 30 × 20 = | 760 |
| | | 12 × 12 = | 144 |
| | | 31 × 51 = | 1581 |
| | | 12 × 2 = | 24 |
| | | 13 × 2 = | 26 |
| Second Floor (x 0.0) | 992 Sq ft | 31 × 40 = | 1240 |
| **Total Living Area (Rounded):** | **3527 Sq ft** | | |
| **Non-Living Area** | | | |
| 3 Car Attached | 712 Sq ft | 23 × 20 = | 460 |
| | | 21 × 12 = | 252 |
| Brick Patio | 1146 Sq ft | 30 × 19 = | 570 |
| | | 32 × 18 = | 576 |
| Open Porch | 44 Sq ft | 6 × 2 = | 12 |
| | | 8 × 4 = | 32 |
| Basement | 2535 Sq ft | 30 × 20 = | 760 |
| | | 12 × 12 = | 144 |
| | | 31 × 51 = | 1581 |
| | | 12 × 2 = | 24 |
| | | 13 × 2 = | 26 |

## Aerial Map

| Client | Megan Henkel | | | |
|---|---|---|---|---|
| Property Address | 38473 Cardinal Ct | | | |
| City | Avon | County Lorain | State OH | Zip Code 44011 |
| Appraiser | Todd Kratl | | | |



Serial# A9B60749
esign.alamode.com/verify

**Location Map**

| Client | Megan Henkel | | | | |
|---|---|---|---|---|---|
| Property Address | 38473 Cardinal Ct | | | | |
| City | Avon | County | Lorain | State | OH |
| Appraiser | Todd Kralf | | | Zip Code | 44011 |



Serial# A9880749
esign.alamode.com/verify

**Additional Documentation**

Please select one or more options from this proposal, then select any associated upgrades, and sign it with any notes

◯  **Bronze Package**                    **$24,236.12**

GAF Timberline® Natural Shadow® shingles deliver a classic, refined look with subtle dimensional shading that enhances your home's exterior. Engineered for consistent quality and long-term durability, they provide reliable protection season after season. StainGuard® helps resist algae discoloration, while strong wind resistance and a Limited Lifetime Warranty offer added confidence. The result is dependable performance and lasting curb appeal at an exceptional value.

◯  **Silver Package**                    **$26,801.77**

GAF Timberline® HDZ™ shingles enhance your home's curb appeal with a rich, dimensional look that mimics natural wood shake. StainGuard Plus™ helps prevent dark algae streaks so

**Additional Documentation**

## Waterproofing Solution for Your Home

| | BUDGET-FRIENDLY | COMPREHENSIVE | TRADITIONAL |
|---|---|---|---|
| Waterproofing Method | **One-Step Waterproofing** Excavate the interior perimeter and install drains to remove water as it enters your home. | **Multi-Step System** Our exclusive method uses interior, exterior, and air quality solutions to keep your basement safe and dry. | **Exterior Waterproofing** Excavate the exterior foundation and apply barriers and drainage to protect your home against water infiltration. |
| Your Investment | $ 29,700 starting at ~ $135/linear foot | $ 56,120 starting at ~ $250/linear foot | $ 75,985 starting at ~ $450/linear foot |
| Warranty | Floor + Pump Warranty Renewable at $100/year | Floor, Walls, Cove + Pump Transferable Warranty Renewable at $145/year | Walls Only 25 Year Warranty |
| Safe to Finish Basement? | No | Yes | Walls Only |
| Air Quality | No Impact | Improves 10x | Minimal improvement |
| Sump Pump | Yes, Battery Backup Available at Extra Cost | Relief System with Battery Backup Included | Typically Required |
| Potential Landscaping Disruption | None | Minimal | Most |

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE

Serial# A9B80749
esign.alamode.com/verify

**Solomon Adjustment Calculator**

## Solomon Adjustment Calculator - Report

| Criteria | | Adjustments | |
|---|---|---|---|
| Zip Code | 44011 | GLA | 78 |
| Quality Level | 3 | Basement Size | 14 |
| Remaining Economic Life | 40 | Basement Finish | 30 |
| | | Full Bath | 7349 |
| | | Half Bath | 3537 |
| | | Fireplace | 2683 |
| Factor (see user manual) | | First Garage Stall | 12157 |
| | | Additional Garage Stall | 7557 |
| | | First Carport Stall | 3011 |
| | | Additional Carport Stall | 2007 |

The market based adjustment is calculated by dividing Remaining Economic Life by Economic Life. With an accurate value for REL, we know the 'cents on the dollar' that the market is paying for the building. This ratio is then applied to the marginal cost of GLA.

National Building Cost reports GLA costs as Average Total Cost. Solomon has calculated Marginal Cost by charting Total Cost at appropriate quantities, and applying single variable regression to solve for Marginal Cost. In the $Y = aX + B$ equation, Marginal Cost is the 'a' variable. Finally, Solomon factors in the variables that affect local building costs such as labor, material and equipment. Because REL / EL reveals the percentage of cost new that the market is paying, the result of the Solomon calculation infers how the market is reacting to changes in GLA, Basement Size, Basement Finish, Full Bath, Half Bath, Garage and Fireplace

© SolomonAppraisal.com LLC

© Cost Data - Craftsman Book

Date Report Created:  04/22/2026

## Comparable Photo Page

| Client | Megan Henkel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38473 Cardinal Ct | | | | | |
| City | Avon | County | Lorain | State OH | Zip Code 44011 | |
| Appraiser | Todd Krall | | | | | |



**Comparable 1**
3124 Fairview Dr



**Comparable 2**
3101 Fairview Dr



**Comparable 3**
39340 Evergreen Dr

## Comparable Photo Page

| Client | Megan Henkel | | | | |
|---|---|---|---|---|---|
| Property Address | 38473 Cardinal Ct | | | | |
| City | Avon | County Lorain | State OH | Zip Code 44011 | |
| Appraiser | Todd Krall | | | | |



### Comparable 4

2760 Fairview Dr

| Prox. to Subject | 0.19 miles NW |
|---|---|
| Sale Price | 645,000 |
| Gross Living Area | 3,264 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Residential |
| View | Residential |
| Site | 24612 sf |
| Quality | Q3 |
| Age | 8 |



### Comparable 5

3304 Persimmon Ln

| Prox. to Subject | 2.95 miles E |
|---|---|
| Sale Price | 642,000 |
| Gross Living Area | 3,155 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.1 |
| Location | Residential |
| View | Residential |
| Site | 32,670 sf |
| Quality | Q3 |
| Age | 29 |



### Comparable 6

2394 Pendleton Ct

| Prox. to Subject | 3.10 miles E |
|---|---|
| Sale Price | 877,000 |
| Gross Living Area | 3,675 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Residential |
| View | Residential |
| Site | 26641 sf |
| Quality | Q3 |
| Age | 7 |

File No.  20260420

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A9B60749
esign.alamode.com/verify

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Quality Ratings and Definitions (continued)

### Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

### Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Case: 1:26-cv-01138-BMB Doc #: 1-1 Filed: 05/15/26 83 of 89. PageID #: 88

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfil | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A9880740
esign.alamode.com/verify

## APPRAISER DISCLOSURE STATEMENT
In Compliance with Ohio Revised Code Section 4763.12(C)

File No.   20260420

Name of Appraiser.     Todd Krall

Class of Certification/Licensure
- [ ] Certified General
- [X] Certified Residential
- [ ] Licensed Residential
- [ ] Temporary        General        Licensed

Certification/Licensure Number.        2020004407

Scope:  This Report
- [X] is within the scope of my Certification or License
- [ ] is not within the scope of my Certification or License

Service Provided by:
- [X] Disinterested & Unbiased Third Party
- [ ] Interested & Biased Third Party
- [ ] Interested Third Party on Contingent Fee Basis

Signature of po[...] esign.alamode.com/verify...    Serial#:A9B80749

*Todd Krall*

This form must be included in conjunction with all appraisal assignments or specialized services performed by a
state certified or state licensed real estate appraiser

State of Ohio
Department of Commerce
Division of Real Estate Appraiser Section
Cleveland (216) 787-3100

Form OADS - "TOTAL" appraisal software by a la mode, inc - 1-800-ALAMODE

Serial# A9B80749
esign.alamode.com/verify

**E&O Insurance**

Accelerant National Insurance Company
(A Stock Company)
400 Northridge Road, Suite 800
Sandy Springs, GA 30350

## REAL ESTATE APPRAISERS
## ERRORS AND OMISSIONS INSURANCE POLICY
## DECLARATIONS

NOTICE: THIS IS A "CLAIMS MADE AND REPORTED" POLICY. THIS POLICY REQUIRES THAT A CLAIM
BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE INSURER,
IN WRITING, DURING THE POLICY PERIOD OR EXTENDED REPORTING PERIOD.

### PLEASE READ YOUR POLICY CAREFULLY.

Policy Number: NAX40PL102303-02                    Renewal of: NAX40PL102303-01

1.  Named Insured: Todd Krall

2.  Address: 3161 Clark Parkway
        Westlake, OH  44145

3.  Policy Period:    From: August 10, 2025                    To: August 10, 2026
                    12:01 A.M. Standard Time at the address of the Named Insured as stated in item 2. Above.

4.  Limit of Liability:              Each Claim                    Policy Aggregate
    Damages Limit of Liability      4A. $ 1,000,000              4C. $ 2,000,000
    Claim Expenses Limit of Liability  4B. $ 1,000,000           4D. $ 2,000,000

5.  Deductible (Inclusive of Claims Expenses):
                                Each Claim                    Aggregate
                                5A. $500                      5B. $1,000

6.  Policy Premium: $ 560

7.  Retroactive Date: August 10, 2020

8.  Notice to Company: Notice of a Claim or Potential Claim should be sent to:
    OREP Insurance Services: info@orep.org
    6353 El Cajon Blvd, Suite 124-605
    San Diego, CA 92115

9.  Program Administrator: OREP Insurance Services, LLC – appraisers@orep.org

10. Forms and Endorsements Attached at Policy Inception: See Schedule of Forms

    If required by state law, this policy will be countersigned by an authorized representative of the Company.

Date: May 12, 2025          By:    _Isaac Peck_____
                                        Authorized Representative

N DEC 40000 04 22                                        Page 1 of 1

**Appraisal License**

## AN APPRAISER LICENSE/CERTIFICATE
### has been issued under ORC Chapter 4763 to:

NAME:
## Todd Edward Krall

LIC/CERT NUMBER:
## 2020004407

LIC LEVEL:
## Certified Residential Real Estate Appraiser

 **Department of Commerce**

Division of Real Estate & Professional Licensing

CURRENT ISSUE DATE:
## 08/03/2025
EXPIRATION DATE:
## 08/04/2027
USPAP DUE DATE:
## 08/04/2027

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A9680749
esign.alamode.com/verify


CERTIFIED MAIL



**TOM ORLANDO**
Lorain County Clerk of Courts
225 Court Street - First Floor
Elyria, OH 44035-5512

9414 7266 9904 2243 5330 36

PRIORITY MAIL

US POSTAGE ™ PITNEY BOWES

ZIP 44102 **$ 021.20**
02 7W
0008041111 MAY 08. 2026

26CV001258
9414726699042224353303

NVR
C/O CORPORATION SERVICE COMPANY AGENT
1160 DUBLIN RD STE 400
COLUMBUS, OH 43215

## 26CV001258 MEGAN HENKEL VS. NVR et al. RJE

- Case Type:
- CIVIL
- Case Status:
- OPEN
- File Date:
- 05/01/2026
- Action:
- BREACH OF CONTRACT
- Case Judge:
- EWERS, RAYMOND J
- Next Event:

| All Information | Party | Service Records | Docket | Financial | Receipt | Disposition |

### Docket Information

| Date | Docket Text | Amount Due | Image Avail. |
|------|-------------|-----------:|-----|
| 05/01/2026 | CIVIL COMPLAINT FILED Receipt: 82581 Date: 05/01/2026 Receipt 82581 has been reapplied. | $25.00 | Image |
| 05/01/2026 | NEW CIVIL CASE FILING FEE Receipt: 82581 Date: 05/01/2026 Receipt 82581 has been reapplied. | $0.00 | |
| 05/06/2026 | CERTIFIED MAIL ISSUED Issue Date: 05/06/2026 Service: CIVIL SUMMONS W/COPY OF COMPLAINT Method: CERTIFIED MAIL - CIVIL Cost Per: 11.6800 NVR DEFAULT ADDRESS C/O CORPORATION SERVICE COMPANY AGENT 1160 DUBLIN RD STE 400 COLUMBUS, OH   43215 Tracking Number: 941472669904224353303 THOMAS (TOM) SEAR DEFAULT ADDRESS VICE PRESIDENT OF LAND-OHIO NVR INC DBA RYAN HOMES 6770 WEST SNOWVILLE RD STE 200 BRECKSVILLE, OH   44141 Tracking Number: 941472669904224353304 | $23.36 | Image |

1 of 2

❮ Please be patient as we transition to a new Case Management System. Currently, only limited filings are available while we update our eServices site. Check back frequently—this is a priority for us, and we're working hard to serve Lorain County better. ✖ ❯